Notice Of Change Of Address

21 CV 4195

My new address is Menard C.C. I.D.O.C. in Menard, IL

P.O. Box 711

Menard, IL

62259

Anthony Williams

2-2-25